**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MAXINE PHILLIPS, On Behalf of Herself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  -v-<br><br>NICOR INC., RUSS M. STROBEL, ROBERT M. BEAVERS, JR., BRUCE P. BICKNER, JOHN H. BIRDSALL, III, NORMAN R. BOBINS, BRENDA J. GAINES, RAYMOND A. JEAN, DENNIS J. KELLER, R. EDEN MARTIN, GEORGIA R. NELSON, ARMANDO J. OLIVERA, JOHN RAU, JOHN C. STALEY, AGL RESOURCES INC., and APOLLO ACQUISITION CORP.,<br><br>                Defendants. | Case No. :  11 C 01429 |

**NOTICE OF MOTION**

TO:    Service List

     PLEASE TAKE NOTICE that on **Thursday, July 21, 2011 at 9:30** a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge William Hibbler or whomever may be designated to sit in his stead, in **Court Room 1225** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present **Plaintiff Maxine Phillips' Agreed Motion to Stay Proceedings**, a copy of which is attached and served upon you.

                                      Respectfully submitted,

                                      MAXINE PHILLIPS, On Behalf of Herself and All Others Similarly Situated,

                                      By: /s/ Harry O. Channon
                                            One of her Attorneys

Mark D. Belongia (ARDC#6269391)
Harry O. Channon (ARDC#6282644)
**Belongia, Shapiro & Franklin, LLP**
20 South Clark Street, Suite 300
Chicago, Illinois 60603
Tel.: 312.662.1030
Fax: 312.662.1040

**FARUQI & FARUQI, LLP**
David H. Leventhal
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 29th day of June, 2011, he electronically filed this Notice and **Plaintiff Maxine Phillips' Motion to Stay Proceedings** with the Clerk of the Court using the CM/ECF system and sent notification to the below-listed counsel on the Service List via U.S. Mail located at 20 S. Clark Street, Chicago, Illinois 60603 with proper pre-paid postage.

By: /s/ Harry O. Channon

**SERVICE LIST**

James P. Smith, III
Dewey & Leboeuf, LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel. 212.259.8000
Fax 212.259.6333
*Counsel for Defendants AGL Resources Inc., Apollo Acquisition Corp., Ottawa Acquisition LLC*

Mark E. Ferguson
Kaspar Stoffelmayr
Bartlit Beck Herman Palenchar & Scott, LLP
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654
Tel. 312.494.4400
Fax 312.494.4440
*Counsel for Defendants Nicor Inc. and the Individual Defendants*

Theodore Altman
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020
Tel. 212.835.6000
Fax 212.835.6001
*Counsel for Defendant Norman R. Bobins*